# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:10-cr-547-RLH-GWF-12 |
| v. | ) | |
| | ) | **O R D E R** |
| | ) | |
| ANTHONY DIAZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On **August 24, 2011,** this matter came before the Court for hearing on the Government's petition for action on the defendant's conditions of pretrial release (#278). The defendant was present with counsel. The Defendant did not contest the allegations as set forth in the petition and consented to detention pending sentencing. The Court has considered the information and evidence offered by the Government and by the Defendant and finds as follows:

The defendant stands convicted. Therefore, the burden is on

him to establish that conditions or combination of conditions can be fashioned by which he is likely to abide. He has not met this burden. Further, the defendant has consented to detention.

IT IS THEREFORE ORDERED pursuant to the provisions of 18 U.S.C. § 3148 that the release order heretofore entered on **November 11, 2010 (#109)** is hereby revoked.

IT IS FURTHER ORDERED that the defendant shall be detained pending sentencing.

DATED this 24th day of August, 2011.

_____
**ROGER L. HUNT
UNITED STATES DISTRICT JUDGE**